**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

AUSTIN McCASTLER,
    Plaintiff,

vs.                                                                    Case No. 3:08cv546/MCR/EMT

STATE OF FLORIDA, et al,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 23, 2010 (Doc. 31). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendants Escambia County Circuit Judge Michael G. Allen and Assistant State Attorney C. Lee Robinson are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii), as frivolous and for seeking monetary relief against a defendant who is immune from such relief.

3. Plaintiff's action is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE AND ORDERED** this 21st day of October, 2010.

                                                      *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS
                                                      UNITED STATES DISTRICT JUDGE**